Núm. 7809.—Pueblo, apldo. *v.* López, etc., apltes.—C. D. San Juan. <span></span> Noviembre 14, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, examinada la misma así como el escrito de oposición y no apareciendo claramente frívola la apelación interpuesta contra la ''sentencia'' que dictó la Corte de Distrito de San Juan en 13 de mayo de 1939, no ha lugar a la desestimación solicitada.